388 P.3d 904

STATE of Hawai'i, Plaintiff-Appellee,

v.

Kevin N. NAKAYAMA, also known as Jason Tanaka, Defendant-Appellant

NO. CAAP-15-0000691

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 8, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 13-1-0381)

SUMMARY DISPOSITION ORDER

Affirmed.